1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAVID JAMES KWIATKOWSKI,

11              Petitioner,                    No. 2:10-CV-0466-JFM (HC)

12        vs.

13   KATHLEEN DICKINSON, Warden,

14              Respondent.                    ORDER

15   _____/

16              Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma

18   pauperis.

19              Examination of the in forma pauperis affidavit reveals that petitioner is unable to

20   afford the costs of suit.  Accordingly, the request for leave to proceed in forma pauperis is

21   granted.  See 28 U.S.C. § 1915(a).

22              Since petitioner may be entitled to the requested relief if the claimed violation of

23   constitutional rights is proved, respondent will be directed to file an answer.

24              Petitioner has also filed a motion for the appointment of counsel.  There currently

25   exists no absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner,

26   105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of

1

1  counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R.

2  Governing § 2254 Cases.  In the present case, the court does not find that the interests of justice

3  would be served by the appointment of counsel at the present time.  Accordingly, petitioner's

4  motion for appointment of counsel will be denied without prejudice.

5              In accordance with the above, IT IS HEREBY ORDERED that:

6              1.  Petitioner's request to proceed in forma pauperis is granted;

7              2.  Respondent is directed to file an answer within forty-five days from the date of

8  this order.  See Rule 4, Rules Governing Section 2254 Cases.  Respondent shall include with the

9  answer any and all transcripts or other documents relevant to the determination of the issues

10  presented in the application.  Rule 5, Rules Governing Section 2254 Cases;

11              3.  Petitioner's traverse, if any, is due on or before thirty days from the date

12  respondent's answer is filed;

13              4.  The Clerk of the Court shall serve a copy of this order together with a copy of

14  petitioner's application for writ of habeas corpus and an Order Re Consent or Request for

15  Reassignment on Michael Patrick Farrell, Senior Assistant Attorney General; and

16              5.  Petitioner's February 24, 2010 motion for appointment of counsel is denied

17  without prejudice.

18  DATED: March 8, 2010.

19

20                                        UNITED STATES MAGISTRATE JUDGE

21

22  12
    kwia0466.100
23

24

25

26

                                        2